**FILED & ENTERED**

SEP 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>VINCENT LEE JONES,<br><br>                Debtor. | Case No. 8:09-bk-15145-RK<br><br>Chapter 7<br><br>Adversary No. 8:09-ap-01540-RK |
| KLARIN & ASSOCIATES, a California corporation, as TRUSTEE OF THE JANET L. HARLOW TRUST; and KLARIN & ASSOCIATES, a California corporation as personal respresentative of the ESTATE OF JANET L. HARLOW,<br><br>                Plaintiffs,<br>vs.<br><br>VINCENT JONES, an individual; and DOES 1 through 25, inclusive,<br><br>                Defendants. | JUDGMENT RE: ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §523(a)(2), (4) and (6) |

Having issued its memorandum decision setting forth the court's findings of fact and conclusions of law,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

//

//

//

1. Plaintiffs' claims alleged in the adversary complaint are DENIED.
2. The adversary proceeding is DISMISSED WITH PREJUDICE.

###

DATED: September 21, 2010

_____
United States Bankruptcy Judge

2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **JUDGMENT RE: ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §523(a)(2), (4) and (6)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_09/20/2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Vincent Lee Jones
POB 419
Main St No 113
Huntington Beach, CA 92648

Ursula McDonnell
Law Offices of Michael J Buley
1103 Quail St
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page